IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| James Bauckman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10cv1070 (GBL/TRJ) |
| | ) | |
| Master Print, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

Because there is no active complaint in this case, the court finds that defendant's motion to compel (no. 23) is moot, and it is ORDERED that it is removed from the hearing docket for that reason.

ENTERED this 4th day of May, 2011.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia