# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JAMES BAUCKMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1-10CV1070 (GBL/TRJ) |
| | ) | |
| MASTER PRINT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action hereby stipulate and agree that this action should be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: May 31, 2011

Respectfully submitted,                    Respectfully submitted,

_____/s/_____                          _____/s/_____
R. Mark Dare                               Martin P. Hogan, Esq.
Va. Bar No. 14146                          VSB No. 33876
ISLER DARE RAY RADCLIFFE & CONNOLLY, P.C.   Hogan & Pritchard, PLLC
1919 Gallows Road                          1101 Pennsylvania Avenue, N.W., Suite 600
Suite 320                                  Washington, D.C. 20004
Vienna, Virginia 22182                     Phone: (202) 756-1965
(703) 748-2690                             Fax: (202) 756-7323
(703) 748-2695 (Fax)                       mphoganlaw@msn.com
mdare@iselrdare.com                        *Counsel for Plaintiff James Bauckman*
*Counsel for Defendant Master Print, Inc.*